No. 583. HENRY SCHODDE, PETITIONER, v. TWIN FALLS LAND & WATER COMPANY. January 11, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Joseph R. Webster* for petitioner. *Mr. Edward B. Critchlow* for respondent.

No. 652. JAMES HAMILTON LEWIS ET AL., PETITIONERS, v. THE ALTON WATER COMPANY. January 11, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. E. N. Zoline* and *Mr. James Hamilton Lewis* for petitioners. *Mr. William Burry* and *Mr. Levi Davis* for respondent.

No. 658. JOHN N. SHACKELFORD, PETITIONER, v. ELWOOD D. FULTON. January 11, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert G. Linn* for petitioner. No appearance for respondent.

No. 645. WILLIAMSBURGH CITY FIRE INSURANCE COMPANY OF BROOKLYN, N. Y., PETITIONER, v. LEON WILLARD, DOING BUSINESS UNDER THE FIRM NAME OF LEON WILLARD & COMPANY. January 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. T. C. VanNess* and *Mr. Joseph H. Choate* for petitioner. *Mr. E. S. Pillsbury* for respondent. *Mr. Charles S. Wheeler* and *Mr. J. F. Bowie* filed a brief as *amici curiæ*.